United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNATHON SIMON,

    Plaintiff,

    v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., et al.,

    Defendants.

Case No. 20-cv-03582-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 10, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 17, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: September 29, 2020

_____
Richard Seeborg
United States District Judge